# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

Clifford W. Taylor,
Chief Justice

131511-2

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GLENN WILLIAMS,
      Plaintiff-Appellee,

v

SC: 131511-2
COA: 268429; 268430
Montcalm CC: 97-000354-NF;
05-006169-NF

AAA MICHIGAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 31, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the March 31, 2006 order of the Court of Appeals and REMAND this case to the Court of Appeals for plenary consideration. Because the February 2, 2006 order of the Montcalm Circuit Court is a postjudgment order awarding attorney fees and costs, it is a final order under MCR 7.202(6)(a)(iv) that is appealable as a matter of right under MCR 7.203(A)(1).

      We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

Clerk

p0907